414 A.2d 1050
**COMMONWEALTH of Pennsylvania**
v.
**Frank FERRELL, Appellant.**
Supreme Court of Pennsylvania.
Submitted April 21, 1980.
Decided May 30, 1980.

594

John Paul Curran, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Division, Asst. Dist. Atty., Michelle Goldfarb, Asst. Dist. Atty., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION OF THE COURT

FLAHERTY, Justice.

On March 14, 1978, the appellant, Frank E. Ferrell, was convicted of third degree murder and possession of an

instrument of crime in connection with a fatal stabbing incident. Appellant presents three arguments on appeal: (1) that error was committed by denying a motion to suppress appellant's self-incriminating statements; (2) that the evidence was insufficient to sustain a third degree murder conviction; and (3) that the Act of December 6, 1972, P.L. 1482, No. 334, § 1, 18 Pa.C.S.A. § 906 (1973) bars simultaneous convictions for murder and possession of an instrument of crime.

After a thorough review of the briefs and record, we have found these arguments to be without merit.

Judgment of sentence affirmed.